■ In the Matter of Shadazia W. and Others, Infants. Onondaga County Department of Social Services, Respondent; Charles W., Respondent, and Teneya C., Appellant. [849 NYS2d 827]—Appeal from an order of the Family Court, Onondaga County (Michael L. Hanuszczak, J.), entered December 20, 2006 in a proceeding pursuant to Social Services Law § 384-b. The order, insofar as appealed from, terminated the parental rights of respondent Teneya C.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs.

Memorandum: On appeal from an order adjudicating her three children to be permanently neglected and terminating her parental rights, respondent mother contends that Family Court erred in failing to issue a suspended judgment. That contention is unpreserved for our review inasmuch as the mother failed to request a suspended judgment (*see Matter of Bryce R.W.*, 32 AD3d 1312 [2006]; *Matter of Rosalinda R.*, 16 AD3d 1063 [2005], *lv denied* 5 NY3d 702 [2005]). Present—Scudder, P.J., Martoche, Centra, Fahey and Gorski, JJ.